

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JUL 24 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) No. 1:23-cr-00006 | |
| [1] ZACH FERGUSON | ) 18 U.S.C. § 242 | |
| [2] ERIC CAPERTON | ) 18 U.S.C. § 1512(b)(3) | |
| | ) 18 U.S.C. § 1519 | |

# INDICTMENT

THE GRAND JURY CHARGES:

At all times material to this Indictment:

### Introduction

1. **[1] ZACH FERGUSON** was an investigator at the Lawrence County Sheriff's Office.

2. **[2] ERIC CAPERTON** was a deputy at the Lawrence County Sheriff's Office.

3. VICTIM 1 was a 61-year-old man living in Lawrence County, Tennessee.

4. On or about October 5, 2020, **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON** were on duty with the Lawrence County Sheriff's Office ("LCSO") when they initiated a traffic stop of VICTIM 1, who was driving a van.

5. After driving approximately 3 miles without stopping for the LCSO officers, VICTIM 1 pulled his vehicle over to the side of the road and raised his arms and hands in the air through his open driver's side window.

## COUNT ONE
(Deprivation of Rights)

6. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby repeated, realleged, and incorporated by reference as though fully set forth herein.

7. On or about October 5, 2020, in the Middle District of Tennessee, **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON**, while acting under color of law, willfully deprived VICTIM 1, a person known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, to be free from law enforcement officers using unreasonable force, that is, without a legitimate law enforcement reason, **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON** threw VICTIM 1 to the ground, struck him in the head, and caused his head to strike the pavement, resulting in bodily injury to VICTIM 1.

All in violation of Title 18, United States Code, Sections 242 and 2.

## COUNT TWO
(Falsification of Records)

THE GRAND JURY FURTHER CHARGES:

8. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby repeated, realleged, and incorporated by reference as though fully set forth herein.

9. On or about October 5, 2020, in the Middle District of Tennessee, **[1] ZACH FERGUSON**, in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified a document with the intent to impede, obstruct, and influence the investigation and proper administration of the matter within the jurisdiction of a federal agency, that is, **[1] ZACH FERGUSON** falsified a supplement to a LCSO use of force report dated October 5, 2020, for the incident involving VICTIM 1, by falsely stating that he struck VICTIM 1 while VICTIM 1 was inside his van, falsely stating that

VICTIM 1 "exited the vehicle on his knees in the road," and by omitting the material information that **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON** threw VICTIM 1 to the pavement, struck VICTIM 1 in the head after throwing him to the pavement, and caused VICTIM 1's head to strike the pavement.

All in violation of Title 18, United States Code, Section 1519.

## COUNT THREE
(Falsification of Records)

THE GRAND JURY FURTHER CHARGES:

10. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby repeated, realleged, and incorporated by reference as though fully set forth herein.

11. On or about October 5, 2020, in the Middle District of Tennessee, **[2] ERIC CAPERTON**, in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly falsified a document with the intent to impede, obstruct, and influence the investigation and proper administration of the matter within the jurisdiction of a federal agency, that is **[2] ERIC CAPERTON** falsified a supplement to a LCSO use of force report dated October 5, 2020, for the use of incident involving VICTIM 1, by falsely stating that **[1] ZACH FERGUSON** struck VICTIM 1 while VICTIM 1 was inside his van; falsely stating that when officers removed VICTIM 1 from his van, he "remained on his knees" until he was handcuffed; and by omitting the material information that **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON** threw VICTIM 1 to the pavement, struck VICTIM 1 in the head after throwing him to the pavement, and caused VICTIM 1's head to strike the pavement.

All in violation of Title 18, United States Code, Section 1519.

## COUNT FOUR
(Misleading Conduct)

12. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby repeated, realleged, and incorporated by reference as though fully set forth herein.

13. On or about June 2, 2021, in the Middle District of Tennessee, **[1] ZACH FERGUSON** knowingly engaged in misleading conduct toward another person with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer or judge of truthful information relating to the commission or possible commission of a Federal offense, that is, **[1] ZACH FERGUSON** knowingly and intentionally misled an investigator with the Lawrence County District Attorney's Office who interviewed him in connection with the investigation of allegations that **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON** used excessive force while arresting VICTIM 1 on October 5, 2020, by falsely claiming that VICTIM 1's body, except for his knees, never touched the ground during the arrest, and falsely claiming that VICTIM 1's injuries were caused by two punches that **[1] ZACH FERGUSON** threw while VICTIM 1 was inside his van, when in truth and in fact, **[1] ZACH FERGUSON** knew that VICTIM 1 was injured when he and **[2] ERIC CAPERTON** threw VICTIM 1 to the pavement, struck VICTIM 1 in the head after throwing him to the pavement, and caused VICTIM 1's head to strike the pavement.

All in violation of Title 18, United States Code, Section 1512(b)(3).

## COUNT FIVE
(Misleading Conduct)

14. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby repeated, realleged, and incorporated by reference as though fully set forth herein.

15. On or about June 2, 2021, in the Middle District of Tennessee, **[2] ERIC CAPERTON** knowingly engaged in misleading conduct toward another person with the intent to

hinder, delay, and prevent the communication to a federal law enforcement officer or judge of truthful information relating to the commission or possible commission of a Federal offense, that is, **[2] ERIC CAPERTON** knowingly and intentionally misled an investigator with the Lawrence County District Attorney's Office who interviewed him in connection with the investigation of allegations that **[1] ZACH FERGUSON** and **[2] ERIC CAPERTON** used excessive force while arresting VICTIM 1 on October 5, 2020, by falsely claiming that, when officers removed VICTIM 1 from his van, his body above his knees never hit the ground, and falsely claiming that VICTIM 1's injuries were caused by two or three punches that **[1] ZACH FERGUSON** threw while VICTIM 1 was inside his van, when in truth and in fact, **[2] ERIC CAPERTON** knew that VICTIM 1 was injured when he and **[1] ZACH FERGUSON** threw VICTIM 1 to the pavement, struck VICTIM 1 in the head after throwing him to the pavement, and caused VICTIM 1's head to strike the pavement.

All in violation of Title 18, United States Code, Section 1512(b)(3).

A TRUE BILL:

GRAND JURY FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

RASCOE DEAN
ASSISTANT UNITED STATES ATTORNEY

Michael Songer w/ permission
MICHAEL J. SONGER
SPECIAL LITIGATION COUNSEL
CIVIL RIGHTS DIVISION

5